1 | HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
2 | ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA 93721-2226
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorney for Defendant
JOSE MIGUEL ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:15-cr-00346-DAD-BAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE MOTION HEARING AND BRIEFING SCHEDULE |
| vs. | ) | |
| JOSE MIGUEL ALVAREZ, | ) | |
| | ) | Date: May 2, 2016 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Vincenza Rabenn, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Jose Miguel Alvarez, that the motion hearing currently set for April 18, 2016, be continued to May 2, 2016, at 10:00 a.m. It is further stipulated that the motion briefing schedule be modified as follows:

Defendant's motion due: March 21, 2016

Government's response due: April 11, 2016

Defendant's reply due: April 18, 2016

This two-week continuance is requested because defense counsel has a number of other deadlines in the next two weeks and a misdemeanor trial on March 10, 2016. The continuance is also requested because counsel for the government has a scheduling conflict with the April 18, 2016 hearing date. The requested continuance is with the intention of conserving time and

resources for both the parties and the Court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: February 16, 2016    /s/ Vincenza Rabenn
VINCENZA RABENN
Assistant United States Attorney
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: February 16, 2016    /s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JOSE MIGUEL ALVAREZ

**O R D E R**

The hearing currently scheduled for April 18, 2016, is hereby continued to May 2, 2016. The parties should be prepared to argue whether or not an evidentiary hearing is necessary. The court will hear argument and will either rule on the motion on the papers or specially set an evidentiary hearing on an agreed upon date. The motion briefing schedule is also modified as follows: Defendant's motion is due March 21, 2016; the government's response is due April 11, 2016; and Defendant's reply is due April 18, 2016.

IT IS SO ORDERED.

Dated:  **February 16, 2016**

UNITED STATES DISTRICT JUDGE