| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, Bar #304781 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | JOSE MIGUEL ALVAREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:15-cr-00346-DAD-BAM |
|---|---|
| Plaintiff, | ) ORDER GRANTING APPLICATION FOR |
| vs. | ) SUBPOENA PURSUANT TO FED. R. CRIM. P. 17(c) ON BEHALF OF DEFENDANT |
| JOSE MIGUEL ALVAREZ, | ) Judge: Dale A. Drozd |
| Defendant. | ) |

Defendant Jose Miguel Alvarez's Application for Subpoena Duces Tecum is hereby granted pursuant to Federal Rule of Criminal Procedure 17(c). The Court authorizes the issuance of subpoenas duces tecum to the Custodian of Records for the California Highway Patrol for production of the following items:

1. Any audio or video footage, including any footage captured by the Mobile Video/Audio Recording Systems ("MVARS"), documenting the traffic stop and interrogation of Jose Miguel Alvarez on November 21-22, 2015.

2. Any and all records of dispatch recordings related to the November 21-22, 2015 traffic stop.

/////

/////

/////

1

3. Any and all photographs taken in connection with the November 21-22, 2015 traffic stop and subsequent investigation.

IT IS SO ORDERED.

Dated: __**March 1, 2016**__  _____/s/ Dale A. Drozd_____
UNITED STATES DISTRICT JUDGE