| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2 | ERIN SNIDER, CA SBN #304781<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>JOSE MIGUEL ALVAREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE MIGUEL ALVAREZ,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:15-cr-00346-DAD-BAM<br><br>STIPULATION AN ORDER TO EXTEND DEADLINE FOR REPLY BRIEF AND CONTINUE MOTION HEARING<br><br>Date: June 13, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Vincenza Rabenn, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Jose Miguel Alvarez, that the deadline for Mr. Alvarez's reply to the government's opposition to the motion to suppress be extended from April 18, 2016, to May 30, 2016. It is further stipulated that the motion hearing currently set for May 2, 2016, be continued to June 13, 2016, at 10:00 a.m.

Defense counsel has requested supplemental discovery materials, which will likely be relevant to the issues raised in the motion to suppress. This six-week continuance is requested to allow counsel for the government time to gather the requested materials and for both parties to review the materials. The requested continuance is with the intention of conserving time and resources for both the parties and the Court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for

1

the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: April 14, 2016          */s/ Vincenza Rabenn*
                              VINCENZA RABENN
                              Assistant United States Attorney
                              Attorneys for Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender


Date: April 14, 2016          */s/ Erin Snider*
                              ERIN SNIDER
                              Assistant Federal Defender
                              Attorney for Defendant
                              JOSE MIGUEL ALVAREZ

## O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the deadline for Defendant Jose Miguel Alvarez's reply brief is extended from April 18, 2016, to May 30, 2016. The motion hearing currently scheduled for May 2, 2016, is hereby continued to June 13, 2016, at 10:00 am in Courtroom 5 before District Judge Dale A. Drozd. Pursuant to the parties' stipulation and good cause appearing, time continues to be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **April 15, 2016**

_____
UNITED STATES DISTRICT JUDGE