1  BENJAMIN B. WAGNER
   United States Attorney
2  VINCENZA RABENN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00346-DAD-BAM |

12 | Plaintiff, | STIPULATION TO SCHEDULE STATUS CONFERENCE, EXCLUDE TIME UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |

13 | v. |

14 | JOSE MIGUEL ALVAREZ, |

15 | Defendant. |

16

17                              **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20      1.   On July 7, 2016, the parties appeared before the Hon. Dale A. Drozd for a hearing on a

21 motion to suppress. During that hearing, the parties did not schedule a further status conference or

22 address the issue of time exclusion.

23      2.   The parties agreed to waive time and have the next status conference set out to August

24 11, 2016 for review of discovery materials and other defense preparation.

25      3.   As such, by this stipulation, the parties now move to exclude time under the Speedy Trial

26 Act until the status conference currently scheduled for October 11, 2016.

27      4.   The parties agree and stipulate, and request that the Court find the following:

28           a)   The government has provided a plea agreement and discovery to defense counsel,

which includes reports of investigation, photographs, and other documents.

    b)    Counsel for defendant desires additional time to review discovery and consult with her client.

    c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    The government does not object to the continuance.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 7, 2016 to October 11, 2016 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 12, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ VINCENZA RABENN
VINCENZA RABENN
Assistant United States Attorney

Dated: July 12, 2016

/s/ ERIN SNIDER
ERIN SNIDER
Counsel for Defendant
JOSE MIGUEL ALVAREZ

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED that the 2nd Status Conference is set for Tuesday, October 11, 2016 at 1:00 PM before Judge McAuliffe. Time excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **July 28, 2016**

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE