HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSE MIGUEL ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:15-cr-00346-DAD-BAM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER |
| JOSE MIGUEL ALVAREZ, | ) | Date: January 9, 2017 |
| Defendant. | ) | Time: 1:00 p.m. |
| | ) | Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ross Pearson, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Jose Miguel Alvarez, that the status conference currently scheduled for December 12, 2016, may be continued to January 9, 2017, at 1:00 p.m.

The parties are requesting a continuance because they are waiting for the District Judge to rule on Mr. Alvarez's motion to suppress (docket no. 20).  The parties are making this request with the intention of conserving time and resources for both the parties and the Court.  The parties agree that the delay resulting from the continuance shall be excluded under 18 U.S.C. § 3161(h)(1)(D).

/ / /

/ / /

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 6, 2016        */s/ Ross Pearson*
                              ROSS PEARSON
                              Assistant United States Attorney
                              Attorneys for Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender


Date: December 6, 2016        */s/ Erin Snider*
                              ERIN SNIDER
                              Assistant Federal Defender
                              Attorney for Defendant
                              JOSE MIGUEL ALVAREZ


# O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the 3rd Status Conference currently scheduled for December 12, 2016, is hereby continued to January 9, 2017, at 1:00 p.m. before Judge McAuliffe. Time excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:  **December 6, 2016**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE