PHILLIP A. TALBERT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MIGUEL ALVAREZ,<br><br>Defendant. | CASE NO. 1:15-CR-00346-DAD-BAM<br><br>AMENDED STIPULATION TO SCHEDULE STATUS CONFERENCE, EXCLUDE TIME UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, and the California Highway Patrol, by and through its counsel of record, hereby stipulate as follows:

1. On January 9, 2017, the government and the defendant appeared at a status conference and selected April 10, 2017 at 1 p.m. for a further status conference and waived excludable time.

2. On March 10, 2017, the California Highway Patrol filed a Motion to Quash Defendant's Subpoena.

3. On March 30, 2017, by minute order, this Court set a hearing date of April 10, 2017 at 10:00 A.M. for the California Highway Patrol's Motion to Quash.

4. The government is unavailable on the date and time of the hearing, and the defendant and the California Highway Patrol have stipulated to a hearing date and time of May 15, 2017 at 10 a.m.

5.      In order to allow the defendant and the government enough time after the hearing on the Motion to Quash the subpoena to receive and review any documents resulting from that subpoena, and to further conduct plea negotiations, the defendant and the government have stipulated to have the next status conference set out to June 12, 2017 at 1 p.m.

6.      Additionally, by this stipulation, the defendant and the government now move to exclude time under the Speedy Trial Act until the status conference to be scheduled for June 12, 2017 at 1 p.m.

7.      The parties agree and stipulate, and request that the Court find the following:

   a)   Based on the above-stated findings, the hearing date and time for the California Highway Patrol's Motion to Quash be moved to May 15, 2017 at 10:00 a.m.

   b)   Based on the above-stated findings, the status conference in this case be moved to June 12, 2017 at 1 p.m.

   c)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   d)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 10, 2017 to May 1, 2017 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//
//
//
//
//

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 6, 2017                    PHILLIP A. TALBERT
                                         United States Attorney


                                         /s/ VINCENZA RABENN
                                         VINCENZA RABENN
                                         Assistant United States Attorney


Dated:  April 6, 2017                    /s/ ERIN SNIDER
                                         ERIN SNIDER
                                         Counsel for Defendant
                                         JOSE MIGUEL ALVAREZ


Dated:  April 6, 2017                    XAVIER BECERRA
                                         Attorney General of California
                                         DAVID J. NEILL
                                         Supervising Deputy Attorney
                                         General


                                         /s/ MATTHEW T. BESMER
                                         MATTHEW T. BESMER
                                         Deputy Attorney General

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED THAT the Motion hearing before Judge Drozd on April 10, 2017 at 10:00 AM is continued to May 15, 2017 at 10:00am in courtroom 5.

IT IS FURTHER ORDERED THAT the 4th Status Conference and Set a Trial Date hearing is continued from April 10, 2017 at 1:00PM to June 12, 2017 at 1:00PM before Judge McAuliffe in courtroom 8.

Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **April 7, 2017**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE