1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIN SNIDER, Bar #304781
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JOSE MIGUEL ALVAREZ

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:15-cr-00346-DAD-BAM

12              Plaintiff,               STIPULATION AND ORDER
                                         TO CONTINUE SENTENCING HEARING
13  vs.                                  TO OCTOBER 16, 2017

14  JOSE MIGUEL ALVAREZ,                 Date:   October 16, 2017
                                         Time:   10:00 a.m.
15              Defendant.               Judge: Hon. Dale A. Drozd

16

17          **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18  counsel, Assistant United States Attorney Vincenza Rabenn, counsel for plaintiff, and Assistant

19  Federal Defender Erin Snider, counsel for defendant Jose Miguel Alvarez, that the sentencing

20  hearing currently scheduled for September 25, 2017, be continued to October 16, 2017, at 10:00

21  a.m.

22          The defense is requesting this continuance to allow for additional time to gather

23  information relevant to sentencing.  The requested date is a mutually agreeable date for both

24  parties.  As this is a sentencing hearing, no exclusion of time is necessary.

25  / / /

26  / / /

27  / / /

28  / / /

|   | Respectfully submitted, |
|---|---|
| 1 | |
| 2 | PHILLIP A. TALBERT<br>United States Attorney |
| 3 | |
| 4 | Date: September 8, 2017      */s/ Vincenza Rabennz* |
| 5 | VINCENZA RABENN<br>Assistant United States Attorney<br>Attorney for Plaintiff |

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: September 8, 2017     */s/ Vincenza Rabennz*
VINCENZA RABENN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: September 8, 2017     */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JOSE MIGUEL ALVAREZ

# O R D E R

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for September 25, 2017, is continued until October 16, 2017, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **September 8, 2017**                        

UNITED STATES DISTRICT JUDGE